UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. ALBERS,

    Plaintiff,

v.

CASE NO. 6:11-cv-1461-Orl-28KRS

ROBERT MORGENTHAL, et al.,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 12). The case was dismissed without prejudice on November 7, 2011, for Plaintiff's failure to file a second amended complaint (Doc. No. 11). Plaintiff asks the Court to reopen his case, alleging that he filed a timely motion for extension of time in which he sought additional time to file his second amended complaint and a blank complaint form (Doc. No. 12 at 1). The Court notes that it did not receive a motion for extension of time to file a second amended complaint. However, in light of Plaintiff's allegations, the Court will vacate its November 7, 2011, Order and direct the Clerk to reopen the case. The Court will grant Plaintiff additional time to file his second amended complaint.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. Plaintiff's motion for reconsideration (Doc. No. 12) is **GRANTED** to the extent that the Court's November 7, 2011, Order of Dismissal Without Prejudice (Doc. No.

11) is **VACATED**. The Clerk of Court is directed to reopen this case.

2. Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this Order to file a second amended complaint in compliance with the Court's October 7, 2011 Order (Doc. No.10). The Clerk of Court is directed to **SEND** Plaintiff a copy of the civil rights complaint form.

**DONE AND ORDERED** in Orlando, Florida this ___ day of December, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 12/2
Steven J. Albers